COPY

ORIGINAL FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BART M. BOTTA, SBN 167051
MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

Attorneys for Plaintiff
REY REY PRODUCE SFO, INC.

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REY REY PRODUCE SFO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIS AMIGOS MEAT MARKET, INC., a California corporation; URIEL GONZALEZ, an individual; ALEJANDRO COSTA, an individual,<br><br>Defendants. | CASE NO. CV 08 1518 VRW<br><br>**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**<br><br>[ Local Rule 3-16] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL OTHER PARTIES IN INTEREST:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject

matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| | |
|---|---|
| 1. REY REY PRODUCE SFO, INC., a California corporation | Plaintiff seeking recovery of at least $88753.30 plus finance charges and attorney fees against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Unjust Enrichment; and Declaratory Relief; For Injunctive Relief and/or TRO. |
| 2. MIS AMIGOS MEAT MARKET, INC., a California corporation. | Corporate Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $88753.30 plus finance charges and attorney fees. |
| 3. URIEL GONZALEZ, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $88753.30 plus finance charges and attorney fees. |

///
///
///

| | |
|---|---|
| 4. ALEJANDRO COSTA, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $88753.30 plus finance charges and attorney fees. |

DATED: March 18, 2008

RYNN & JANOWSKY, LLP

By: _____
BART M. BOTTA, Attorneys for Plaintiff

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953