10:58 AM
02/27/08
Accrual Basis

# REY REY PRODUCE SFO, INC.
## Sales by Customer Summary
### January 1, 2006 through February 27, 2008

### Mis Amigos Meat Market

| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mis Amigos Meat Market | 0.00 | 60,156.30 | 59,631.45 | 61,960.45 | 64,429.00 | 50,004.25 | 57,487.00 | 42,799.55 | 27,199.70 | 30,396.15 | 15,423.15 | 11,098.00 | 480,585.00 |
| TOTAL | 0.00 | 60,156.30 | 59,631.45 | 61,960.45 | 64,429.00 | 50,004.25 | 57,487.00 | 42,799.55 | 27,199.70 | 30,396.15 | 15,423.15 | 11,098.00 | 480,585.00 |

### Mis Amigos Meat Market

| | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mis Amigos Meat Market | 23,030.25 | 37,685.50 | 61,945.60 | 50,488.85 | 55,851.15 | 45,858.90 | 31,512.30 | 21,917.20 | 16,547.30 | 27,288.40 | 25,815.58 | 30,502.58 | 428,443.61 |
| TOTAL | 23,030.25 | 37,685.50 | 61,945.60 | 50,488.85 | 55,851.15 | 45,858.90 | 31,512.30 | 21,917.20 | 16,547.30 | 27,288.40 | 25,815.58 | 30,502.58 | 428,443.61 |

EXHIBIT 1

11:25 AM
02/27/08
Accrual Basis

# Rey Rey Produce SFO, Inc
## Cash and Colleccion A/R

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Payment | 03/08/2006 | 8196 | Mis Amigos Meat Market | Check | 13,689.00 |
| Payment | 03/20/2006 | 8347 | Mis Amigos Meat Market | Check | 25,534.55 |
| Payment | 04/04/2006 | 8460 | Mis Amigos Meat Market | Check | 22,709.25 |
| Payment | 04/24/2006 | 8600 | Mis Amigos Meat Market | Check | 22,837.90 |
| Payment | 05/15/2006 | 8850 | Mis Amigos Meat Market | Check | 49,998.00 |
| Payment | 06/01/2006 | 8994 | Mis Amigos Meat Market | Check | 46,034.50 |
| Payment | 06/19/2006 | 9128 | Mis Amigos Meat Market | Check | 45,604.00 |
| Payment | 07/03/2006 | 9266 | Mis Amigos Meat Market | Check | 26,183.00 |
| Payment | 07/17/2006 | 9409 | Mis Amigos Meat Market | Check | 20,893.50 |
| Payment | 07/31/2006 | 9546 | Mis Amigos Meat Market | Check | 22,472.75 |
| Payment | 08/14/2006 | 1309 | Mis Amigos Meat Market | Check | 20,589.25 |
| Payment | 08/31/2006 | 1369 | Mis Amigos Meat Market | Check | 26,156.50 |
| Payment | 09/18/2006 | 1474 | Mis Amigos Meat Market | Check | 19,082.00 |
| Payment | 10/02/2006 | 1612 | Mis Amigos Meat Market | Check | 18,864.50 |
| Payment | 10/23/2006 | 1863 | Mis Amigos Meat Market | Check | 21,402.55 |
| Payment | 11/17/2006 | 1977 | Mis Amigos Meat Market | Check | 20,601.70 |
| Payment | 12/01/2006 | 2186 | Mis Amigos Meat Market | Check | 15,293.90 |
| Payment | 12/02/2006 | 2250 | Mis Amigos Meat Market | Check | 11,409.75 |
| Payment | 01/03/2007 | 2554 | Mis Amigos Meat Market | Check | 15,156.50 |
| Payment | 01/29/2007 | 2806 | Mis Amigos Meat Market | Check | 15,485.90 |
| Payment | 02/26/2007 | 2988 | Mis Amigos Meat Market | Check | 22,727.75 |
| Payment | 03/15/2007 | 3090 | Mis Amigos Meat Market | Check | 24,943.25 |
| Payment | 04/05/2007 | 3235 | Mis Amigos Meat Market | Check | 13,208.75 |
| Payment | 04/06/2007 | 3388 | Mis Amigos Meat Market | Check | 4,538.25 |
| Payment | 04/23/2007 | 3509 | Mis Amigos Meat Market | Check | 17,309.00 |
| Payment | 05/10/2007 | 3627 | Mis Amigos Meat Market | Check | 31,538.10 |
| Payment | 05/23/2007 | 3773 | Mis Amigos Meat Market | Check | 22,487.85 |
| Payment | 06/07/2007 | 3892 | Mis Amigos Meat Market | Check | 27,279.65 |
| Payment | 06/25/2007 | 4025 | Mis Amigos Meat Market | Check | 21,829.00 |
| Discount | 07/16/2007 | | Mis Amigos Meat Market | Check | 16.00 |
| Payment | 07/23/2007 | 4136 | Mis Amigos Meat Market | Check | 38,310.45 |
| Payment | 08/02/2007 | 4279 | Mis Amigos Meat Market | Check | 12,880.25 |
| Payment | 08/13/2007 | 4411 | Mis Amigos Meat Market | Check | 30,840.45 |
| Payment | 08/29/2007 | 4530 | Mis Amigos Meat Market | Check | 16,838.35 |
| Payment | 09/04/2007 | 4683 | Mis Amigos Meat Market | Check | 13,260.95 |
| Payment | 10/01/2007 | 4811 | Mis Amigos Meat Market | Check | 13,522.50 |
| Payment | 10/22/2007 | 4990 | Mis Amigos Meat Market | Check | 2,982.00 |
| Payment | 10/22/2007 | 5156 | Mis Amigos Meat Market | Check | 12,953.00 |
| Payment | 11/19/2007 | 5427 | Mis Amigos Meat Market | Check | 11,957.50 |
| Payment | 12/10/2007 | 5806 | Mis Amigos Meat Market | Check | 18,104.90 |
| Payment | 12/18/2007 | 6037 | Mis Amigos Meat Market | Replaced Ch 5806 NSF | 18,139.90 |
| Payment | 01/02/2008 | 6037 | Mis Amigos Meat Market | Re-Deposit Ch 6037 NSF | 18,139.90 |

**Total 873,806.75**

10:30 AM
01/17/08
Accrual Basis

# REY REY PRODUCE SFO, INC.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Balance |
|------|------|-----|------|----------|--------------|---------|
| **MIS AMIGOS MEAT MARKET, INC.** | | | | | | |
| Invoice | 04/17/2007 | 65779 | | 05/17/2007 | 36.00 | 36.00 |
| Invoice | 05/01/2007 | 66316 | | 05/31/2007 | 18.00 | 54.00 |
| Invoice | 05/08/2007 | 66479 | | 06/07/2007 | 256.00 | 310.00 |
| Invoice | 05/18/2007 | 66826 | | 06/17/2007 | 84.00 | 394.00 |
| Invoice | 05/18/2007 | 66828 | | 06/17/2007 | 2,586.00 | 2,980.00 |
| Invoice | 05/22/2007 | 66841 | | 06/21/2007 | 24.00 | 3,004.00 |
| Invoice | 05/22/2007 | 66843 | | 06/21/2007 | 20.00 | 3,024.00 |
| Invoice | 05/25/2007 | 67113 | | 06/24/2007 | 39.00 | 3,063.00 |
| Invoice | 05/30/2007 | 67133 | | 06/29/2007 | 52.00 | 3,115.00 |
| Invoice | 05/30/2007 | 67134 | | 06/29/2007 | 34.50 | 3,149.50 |
| Invoice | 05/31/2007 | 67323 | | 06/30/2007 | 597.00 | 3,746.50 |
| Invoice | 06/01/2007 | 67333 | | 07/01/2007 | 1,456.00 | 5,202.50 |
| Invoice | 06/08/2007 | 68087 | | 07/08/2007 | 93.00 | 5,295.50 |
| Invoice | 07/07/2007 | 68664 | | 08/06/2007 | 434.00 | 5,729.50 |
| Invoice | 10/03/2007 | 72122 | | 11/02/2007 | 469.00 | 6,198.50 |
| Invoice | 10/23/2007 | 72623 | | 11/22/2007 | 550.50 | 6,749.00 |
| Invoice | 10/23/2007 | 72624 | | 11/22/2007 | 924.00 | 7,673.00 |
| Invoice | 10/23/2007 | 72625 | | 11/22/2007 | 1,048.50 | 8,721.50 |
| Invoice | 10/26/2007 | 72721 | | 11/25/2007 | 740.50 | 9,462.00 |
| Invoice | 10/26/2007 | 72722 | | 11/25/2007 | 779.00 | 10,241.00 |
| Invoice | 10/26/2007 | 72723 | | 11/25/2007 | 324.00 | 10,565.00 |
| Invoice | 10/30/2007 | 72829 | | 11/29/2007 | 1,145.50 | 11,710.50 |
| Invoice | 10/30/2007 | 72830 | | 11/29/2007 | 3,512.50 | 15,223.00 |
| Invoice | 11/02/2007 | 72904 | | 12/02/2007 | 586.50 | 15,809.50 |
| Invoice | 11/02/2007 | 72906 | | 12/02/2007 | 435.50 | 16,245.00 |
| Invoice | 11/02/2007 | 72905 | | 11/02/2007 | 3,632.10 | 19,877.10 |
| Invoice | 11/03/2007 | 72971 | | 11/03/2007 | 604.50 | 20,481.60 |
| Invoice | 11/06/2007 | 73012 | | 12/06/2007 | 672.50 | 21,154.10 |
| Invoice | 11/06/2007 | 73013 | | 11/06/2007 | 2,767.60 | 23,921.70 |
| Invoice | 11/06/2007 | 73014 | | 12/06/2007 | 209.00 | 24,130.70 |
| Invoice | 11/09/2007 | 73116 | | 11/09/2007 | 2,743.50 | 26,874.20 |
| Credit Memo | 11/09/2007 | 4265 | 73116 | 11/09/2007 | -12.00 | 26,862.20 |
| Invoice | 11/10/2007 | 73170 | | 12/10/2007 | 960.00 | 27,822.20 |
| Invoice | 11/10/2007 | 73171 | | 11/10/2007 | 288.50 | 28,110.70 |
| Invoice | 11/13/2007 | 73185 | | 11/13/2007 | 2,643.00 | 30,753.70 |
| Invoice | 11/16/2007 | 73266 | | 12/16/2007 | 457.00 | 31,210.70 |
| Invoice | 11/16/2007 | 73267 | | 12/16/2007 | 311.00 | 31,521.70 |
| Invoice | 11/17/2007 | 73324 | | 12/17/2007 | 349.00 | 31,870.70 |
| Invoice | 11/21/2007 | 73408 | | 12/21/2007 | 826.00 | 32,696.70 |
| Credit Memo | 11/21/2007 | 4267 | 73408 | 12/21/2007 | -155.00 | 32,541.70 |
| Invoice | 11/24/2007 | 73461 | | 12/24/2007 | 2,756.00 | 35,297.70 |
| Invoice | 11/24/2007 | 73462 | | 12/24/2007 | 1,068.50 | 36,366.20 |
| Credit Memo | 11/24/2007 | 4268 | 73461 | 12/24/2007 | -414.00 | 35,952.20 |
| Credit Memo | 11/24/2007 | 4269 | 73462 | 12/24/2007 | -191.00 | 35,761.20 |
| Invoice | 11/27/2007 | 73512 | | 12/27/2007 | 2,014.50 | 37,775.70 |
| Credit Memo | 11/27/2007 | 4270 | 73512 | 12/27/2007 | -38.00 | 37,737.70 |
| Invoice | 11/30/2007 | 73605 | | 12/30/2007 | 3,320.00 | 41,057.70 |
| Invoice | 11/30/2007 | FC 20 | Finance Charge | 11/30/2007 | 201.88 | 41,259.58 |
| Credit Memo | 11/30/2007 | 4272 | 73605 | 12/30/2007 | -324.00 | 40,935.58 |
| Invoice | 12/01/2007 | 73647 | | 12/31/2007 | 360.00 | 41,295.58 |
| Invoice | 12/04/2007 | 73681 | | 01/03/2008 | 838.50 | 42,134.08 |

10:30 AM
01/17/08
Accrual Basis

# REY REY PRODUCE SFO, INC.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|
| Invoice | 12/07/2007 | 73775 | | 01/06/2008 | 3,118.50 | 45,252.58 |
| Invoice | 12/07/2007 | 73776 | | 01/06/2008 | 951.00 | 46,203.58 |
| Invoice | 12/11/2007 | 73853 | | 01/10/2008 | 913.50 | 47,117.08 |
| Invoice | 12/14/2007 | 73958 | | 01/13/2008 | 3,682.00 | 50,799.08 |
| Invoice | 12/14/2007 | 73959 | | 12/14/2007 | 574.60 | 51,373.68 |
| Invoice | 12/18/2007 | 74069 | | 01/17/2008 | 1,526.50 | 52,900.18 |
| Invoice | 12/21/2007 | 74109 | | 01/20/2008 | 5,484.00 | 58,384.18 |
| Invoice | 12/21/2007 | 6037 | NSF FEE CH #6037 | 01/20/2008 | 35.00 | 58,419.18 |
| Credit Memo | 12/21/2007 | 4280 | 74109 | 01/20/2008 | -36.50 | 58,382.68 |
| Invoice | 12/27/2007 | 74232 | | 01/26/2008 | 5,977.00 | 64,359.68 |
| Credit Memo | 12/27/2007 | 4282 | 74232 | 01/26/2008 | -19.00 | 64,340.68 |
| Invoice | 12/28/2007 | 74263 | | 12/28/2007 | 2,402.60 | 66,743.28 |
| Credit Memo | 12/28/2007 | 4283 | 74263 | 12/28/2007 | -133.50 | 66,609.78 |
| Invoice | 12/31/2007 | 74334 | | 12/31/2007 | 4,388.00 | 70,997.78 |
| Invoice | 12/31/2007 | FC 26 | Finance Charge | 12/31/2007 | 629.88 | 71,627.66 |
| Credit Memo | 12/31/2007 | 4285 | 74334 | 12/31/2007 | -182.50 | 71,445.16 |
| General Journal | 01/08/2008 | NSF 6037 | NSF CH #6037 | | 18,139.90 | 89,585.06 |
| General Journal | 01/08/2008 | NSF 6037 | NSF FEE CH #6037 | | 35.00 | 89,620.06 |
| **Total** | | | | | **89,620.06** | **89,620.06** |

**MIS AMIGOS MEAT MARKET, INC**
3005 WILLOW PASS RD.
BAY POINT, CA 94565

925-260-3897 Uriel's Cell.
925-458-8040 Alejandro Costa, Accounting
925-458-9229 Fax

**MIS AMIGOS MEAT MARKET**        408-347-1250 Phone
400 KING SOUTH RD.                408-347-0771 Fax
SAN JOSE, CA 95116

**MIS AMIGOS MEAT MARKET**        530-668-1259 Phone
120 MAIN STREET                   530-668-8969 Fax
WOODLAND, CA 95695

rey rey v. mis amigos

Rate Period .................. :  Annual

Nominal Annual Rate .... :  18.000 %
Effective Annual Rate ... :  Undefined
Periodic Rate ............... :  18.00000 %
Daily Rate .................... :  0.04932 %

## AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

| | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|---|
| Loan | 05/17/2007 | 36.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 | 36.00 |
| Loan | 05/31/2007 | 18.00 | | 0.25 | 0.00 | 0.00 | 0.25 | 54.00 | 54.25 |
| Loan | 06/07/2007 | 256.00 | | 0.19 | 0.00 | 0.00 | 0.44 | 310.00 | 310.44 |
| Loan | 06/17/2007 | 2,586.00 | | 1.53 | 0.00 | 0.00 | 1.97 | 2,896.00 | 2,897.97 |
| Loan | 06/17/2007 | 84.00 | | 0.00 | 0.00 | 0.00 | 1.97 | 2,980.00 | 2,981.97 |
| Loan | 06/21/2007 | 20.00 | | 5.88 | 0.00 | 0.00 | 7.85 | 3,000.00 | 3,007.85 |
| Loan | 06/21/2007 | 24.00 | | 0.00 | 0.00 | 0.00 | 7.85 | 3,024.00 | 3,031.85 |
| Loan | 06/24/2007 | 39.00 | | 4.47 | 0.00 | 0.00 | 12.32 | 3,063.00 | 3,075.32 |
| Loan | 06/29/2007 | 34.50 | | 7.55 | 0.00 | 0.00 | 19.87 | 3,097.50 | 3,117.37 |
| Loan | 06/29/2007 | 52.00 | | 0.00 | 0.00 | 0.00 | 19.87 | 3,149.50 | 3,169.37 |
| Loan | 06/30/2007 | 597.00 | | 1.55 | 0.00 | 0.00 | 21.42 | 3,746.50 | 3,767.92 |
| Loan | 07/01/2007 | 1,456.00 | | 1.85 | 0.00 | 0.00 | 23.27 | 5,202.50 | 5,225.77 |
| Loan | 07/08/2007 | 93.00 | | 17.96 | 0.00 | 0.00 | 41.23 | 5,295.50 | 5,336.73 |
| Loan | 08/06/2007 | 434.00 | | 75.73 | 0.00 | 0.00 | 116.96 | 5,729.50 | 5,846.46 |
| Loan | 11/02/2007 | 469.00 | | 248.64 | 0.00 | 0.00 | 365.60 | 6,198.50 | 6,564.10 |
| Loan | 11/22/2007 | 1,048.50 | | 61.14 | 0.00 | 0.00 | 426.74 | 7,247.00 | 7,673.74 |
| Loan | 11/22/2007 | 550.50 | | 0.00 | 0.00 | 0.00 | 426.74 | 7,797.50 | 8,224.24 |
| Loan | 11/22/2007 | 924.00 | | 0.00 | 0.00 | 0.00 | 426.74 | 8,721.50 | 9,148.24 |
| Loan | 11/25/2007 | 740.50 | | 12.90 | 0.00 | 0.00 | 439.64 | 9,462.00 | 9,901.64 |
| Loan | 11/25/2007 | 779.00 | | 0.00 | 0.00 | 0.00 | 439.64 | 10,241.00 | 10,680.64 |
| Loan | 11/25/2007 | 324.00 | | 0.00 | 0.00 | 0.00 | 439.64 | 10,565.00 | 11,004.64 |
| Loan | 11/29/2007 | 1,145.50 | | 20.84 | 0.00 | 0.00 | 460.48 | 11,710.50 | 12,170.98 |
| Loan | 11/29/2007 | 3,512.50 | | 0.00 | 0.00 | 0.00 | 460.48 | 15,223.00 | 15,683.48 |
| Loan | 12/02/2007 | 3,632.10 | | 22.52 | 0.00 | 0.00 | 483.00 | 18,855.10 | 19,338.10 |
| Loan | 12/02/2007 | 586.50 | | 0.00 | 0.00 | 0.00 | 483.00 | 19,441.60 | 19,924.60 |
| Loan | 12/02/2007 | 435.50 | | 0.00 | 0.00 | 0.00 | 483.00 | 19,877.10 | 20,360.10 |
| Loan | 12/03/2007 | 604.50 | | 9.80 | 0.00 | 0.00 | 492.80 | 20,481.60 | 20,974.40 |
| Loan | 12/04/2007 | 2,342.00 | | 10.10 | 0.00 | 0.00 | 502.90 | 22,823.60 | 23,326.50 |
| Loan | 12/04/2007 | 877.50 | | 0.00 | 0.00 | 0.00 | 502.90 | 23,701.10 | 24,204.00 |
| Loan | 12/06/2007 | 311.00 | | 23.38 | 0.00 | 0.00 | 526.28 | 24,012.10 | 24,538.38 |
| Loan | 12/06/2007 | 2,767.60 | | 0.00 | 0.00 | 0.00 | 526.28 | 26,779.70 | 27,305.98 |
| Loan | 12/06/2007 | 672.50 | | 0.00 | 0.00 | 0.00 | 526.28 | 27,452.20 | 27,978.48 |
| Loan | 12/06/2007 | 209.00 | | 0.00 | 0.00 | 0.00 | 526.28 | 27,661.20 | 28,187.48 |
| Loan | 12/10/2007 | 960.00 | | 54.56 | 0.00 | 0.00 | 580.84 | 28,621.20 | 29,202.04 |
| Loan | 12/10/2007 | 288.50 | | 0.00 | 0.00 | 0.00 | 580.84 | 28,909.70 | 29,490.54 |
| Loan | 12/13/2007 | 2,643.00 | | 42.77 | 0.00 | 0.00 | 623.61 | 31,552.70 | 32,176.31 |
| Loan | 12/16/2007 | 457.00 | | 46.68 | 0.00 | 0.00 | 670.29 | 32,009.70 | 32,679.99 |
| Loan | 12/17/2007 | 349.00 | | 15.79 | 0.00 | 0.00 | 686.08 | 32,358.70 | 33,044.78 |
| Loan | 12/19/2007 | 2,731.50 | | 31.92 | 0.00 | 0.00 | 718.00 | 35,090.20 | 35,808.20 |
| Loan | 12/21/2007 | 671.00 | | 34.61 | 0.00 | 0.00 | 752.61 | 35,761.20 | 36,513.81 |
| Loan | 12/21/2007 | 35.00 | | 0.00 | 0.00 | 0.00 | 752.61 | 35,796.20 | 36,548.81 |
| Loan | 12/24/2007 | 838.50 | | 52.96 | 0.00 | 0.00 | 805.57 | 36,634.70 | 37,440.27 |
| Loan | 12/27/2007 | 1,976.50 | | 54.20 | 0.00 | 0.00 | 859.77 | 38,611.20 | 39,470.97 |
| Loan | 12/30/2007 | 2,996.00 | | 57.12 | 0.00 | 0.00 | 916.89 | 41,607.20 | 42,524.09 |
| Loan | 12/30/2007 | 3,118.50 | | 0.00 | 0.00 | 0.00 | 916.89 | 44,725.70 | 45,642.59 |
| Loan | 12/31/2007 | 360.00 | | 22.06 | 0.00 | 0.00 | 938.95 | 45,085.70 | 46,024.65 |
| 2007 Totals | | 45,085.70 | 0.00 | 938.95 | 0.00 | 0.00 | | | |


EXHIBIT 2

rey rey v. mis amigos

| | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Balance Due Total |
|---|---|---|---|---|---|---|---|---|---|
| Loan | 01/06/2008 | 951.00 | | 133.40 | 0.00 | 0.00 | 1,072.35 | 46,036.70 | 47,109.05 |
| Loan | 01/06/2008 | 913.50 | | 0.00 | 0.00 | 0.00 | 1,072.35 | 46,950.20 | 48,022.55 |
| Loan | 01/08/2008 | 35.00 | | 46.31 | 0.00 | 0.00 | 1,118.66 | 46,985.20 | 48,103.86 |
| Loan | 01/08/2008 | 18,104.90 | | 0.00 | 0.00 | 0.00 | 1,118.66 | 65,090.10 | 66,208.76 |
| Loan | 01/13/2008 | 574.60 | | 160.50 | 0.00 | 0.00 | 1,279.16 | 65,664.70 | 66,943.86 |
| Loan | 01/13/2008 | 3,682.00 | | 0.00 | 0.00 | 0.00 | 1,279.16 | 69,346.70 | 70,625.86 |
| Loan | 01/17/2008 | 1,526.50 | | 136.79 | 0.00 | 0.00 | 1,415.95 | 70,873.20 | 72,289.15 |
| Loan | 01/20/2008 | 5,447.50 | | 104.85 | 0.00 | 0.00 | 1,520.80 | 76,320.70 | 77,841.50 |
| Loan | 01/26/2008 | 5,958.00 | | 225.83 | 0.00 | 0.00 | 1,746.63 | 82,278.70 | 84,025.33 |
| Loan | 01/28/2008 | 2,269.10 | | 81.15 | 0.00 | 0.00 | 1,827.78 | 84,547.80 | 86,375.58 |
| Loan | 01/31/2008 | 4,205.50 | | 125.08 | 0.00 | 0.00 | 1,952.86 | 88,753.30 | 90,706.16 |
| 1 | 03/17/2008 | | 92,719.52 | 2,013.36 | 3,966.22 | 88,753.30 | 0.00 | 0.00 | 0.00 |
| 2008 Totals | | 43,667.60 | 92,719.52 | 3,027.27 | 3,966.22 | 88,753.30 | | | |
| | | | | | | | | | |
| Grand Totals | | 88,753.30 | 92,719.52 | 3,966.22 | 3,966.22 | 88,753.30 | | | |

1  BART M. BOTTA, SBN 167051
2  MARION I. QUESENBERY, SBN 072308
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
4  Newport Beach, CA  92660
   Telephone:  (949) 752-2911
5  Facsimile:   (949) 752-0953

6
   Attorneys for Plaintiff
7  REY REY PRODUCE SFO, INC.

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  REY REY PRODUCE SFO, INC., a        CASE NO.
    California Corporation,
14                                      **[PROPOSED] TEMPORARY**
15               Plaintiff,             **RESTRAINING ORDER AND**
                                        **ORDER TO SHOW CAUSE RE**
16       v.                             **PRELIMINARY**
                                        **INJUNCTION AND PROPOSED**
17                                      **PRELIMINARY INJUNCTION**

18
    MIS AMIGOS MEAT MARKET,
19  INC., a California Corporation; URIEL
    GONZALEZ, an individual;
20  ALEJANDRO COSTA, an individual,

21
                 Defendants.
22

23       Upon review of the Complaint of Plaintiff REY REY PRODUCE SFO, INC.

24  ("RRSFO"), (hereinafter referred to as "Plaintiff"), on file in the above-captioned

25  action, and the declarations, exhibits and Memorandum of Points and Authorities

26  in support of Plaintiffs' Motion for a Temporary Restraining Order and/or

27  Preliminary Injunction submitted therewith, and all documents provided by

28  Defendants MIS AMIGOS MEAT MARKET, INC. ("MAMM"), a corporation;

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

08-124/ ProposedTRO.doc

EXHIBIT 3

1  URIEL GONZALEZ ("UG"), an individual; and ALEJANDRO COSTA ("AC"),

2  an individual; (hereinafter referred to collectively as "Defendants"), in opposition

3  thereto, if any, and it appearing to the satisfaction of the Court that this is a proper

4  case for granting a Temporary Restraining Order and Order to Show Cause,

5      IT IS HEREBY ORDERED that Defendants appear in Courtroom _____ of

6  the U.S. District Court for the Northern District of California, San Francisco

7  Division, 450 Golden Gate Avenue, Courtroom ___, San Francisco, CA 94102 on

8  _____, 2008, at _____.m., or as soon thereafter as the matter may be

9  heard, then and there to show cause, if any they have, why they, their agents,

10  bankers, subsidiaries, successors, assignees, principals, employees, attorneys, and

11  representatives should not be restrained and preliminarily enjoined during the

12  pendency of this action, pursuant to Rule 65 of the Federal Rules of Civil

13  Procedure, from engaging in, committing, or performing directly and indirectly,

14  any and all of the following acts:

15      A.    Removing, withdrawing, transferring, assigning or selling to any other

16  person or entity, the proceeds from the sales of any or all existing or future

17  inventories of food or other products derived from perishable agricultural

18  commodities, and/or receipts of payment for products sold prior to the date of this

19  order and/or otherwise disposing of assets, books or funds;

20      B.    Taking any other action whatsoever which causes, has the effect of

21  causing, or which otherwise dissipates Plaintiffs' beneficiary interests in trust

22  assets of the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e

23  et seq.];

24      C.    Taking any other action whatsoever which violates 7 U.S.C.

25  §499e(c)(1) through (4), inclusive, and 7 U.S.C. §499b(4) [§2 of PACA].

26      IT IS FURTHER ORDERED that Defendants, their officers, directors,

27  bankers, agents, subsidiaries, successors, assignees, principals, assignors, attorneys

28  and persons acting in concert with them, appear at the same time and place to show

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1  cause, if any they have, why they should not be commanded by order of this Court

2  and required to distribute PACA Trust assets in the amount of at least $96,839.52

3  which includes $88,753.30, the cumulative amount of the PACA Trust principal

4  owing to Plaintiff, plus $3,966.22 in finance charges through March 17, 2008,

5  calculated at the agreed-upon rate of 1-1/2% per month, plus reasonable attorney's

6  fees in the amount of $3,770.00 plus filing fees of $350.00.

7      IT IS FURTHER ORDERED that pending the hearing and determination of

8  the foregoing Order to Show Cause, Defendants, their agents, bankers,

9  subsidiaries, successors, assignees, principals, attorneys, and persons acting in

10  concert with them shall be and hereby are prevented from transferring,

11  withdrawing or in any other manner removing Perishable Agricultural

12  Commodities Act [7 U.S.C. §499e *et seq.*] trust assets, including funds on deposit

13  in banking accounts held by or on behalf of Defendants, from Defendants' banking

14  accounts, including but not limited to Defendants' accounts at Bank of the West,

15  account number 183151240, or any other banking account subsequently

16  determined to be standing in Defendants' names, or any one of them.

17      IT IS FURTHER ORDERED that pending the hearing and determination of

18  the foregoing Order to Show Cause, and continuing thereafter, Defendants and

19  their counsel, agents, or representatives, shall be preliminarily enjoined from

20  engaging in, committing, or performing directly and indirectly, any and all of the

21  following acts:

22      D.      Removing, withdrawing, transferring, assigning or selling to any other

23  person or entity, the proceeds from the sales of any or all existing or future

24  inventories of food or other products derived from perishable agricultural

25  commodities, and/or receipts of payment for products or crops sold prior to the

26  date of this order and/or otherwise disposing of assets, books or funds;

27

28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1    E.    Taking any other action whatsoever which causes, has the effect of

2    causing, or which otherwise dissipates Plaintiffs' beneficiary interests in the trust

3    assets;

4    F.    Taking any other action whatsoever which violates 7 U.S.C.

5    §499e(c)(1) through (4), inclusive, and 7 U.S.C. §499b(4) [§2 of Perishable

6    Agricultural Commodities Act ("PACA")].

7    IT IS FURTHER ORDERED that in the event Defendants lack sufficient

8    funds to promptly deposit the sums described above, Defendants shall be and

9    hereby are required and ordered to:

10    G.    Immediately account to the Court and Plaintiff for all assets of the

11    PACA trust from commencement of Defendants' business through the date of this

12    Order.

13    H.    Immediately assign Defendants' produce related receivables to

14    Plaintiffs for collection until Plaintiff is fully paid, and deposit and/or deliver

15    complete accounts, records, and information of all of said receivables to Plaintiff's

16    counsel without charge to the trust, and subject to Plaintiff's counsel making a

17    weekly accounting for all receivables received or collected by Plaintiff's counsel in

18    that regard. Plaintiff's counsel shall act as trustee in connection with its duties of

19    collection of the accounts receivable and shall deposit any cash assets of the trust

20    which are collected under this order in a trust account.

21    I.    Endorse any checks made, endorsed or paid, to Defendants which are

22    trust assets and which are in their possession or obtainable by Defendants at the

23    time of the entry of this Order, or which Defendants obtain or which become

24    obtainable by Defendants after the entry of this Order, including but not limited to

25    checks representing payment for sales of growing crops, and shall deliver said

26    assets within 48 hours of Defendants' receipt of them to Plaintiff's counsel as set

27    forth above. Likewise, Defendants shall deliver any cash assets of the PACA trust

28    which are in its possession or are obtainable by Defendants at the time of the entry

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1   of this order, or which Defendants obtain or which become obtainable by

2   Defendants after entry of this Order, within 48 hours of Defendants' receipt of

3   them to Plaintiff's counsel.

4        J.    File weekly with this Court satisfactory evidence of compliance with

5   the terms of this Order.

6        IT IS FURTHER ORDERED that pending the hearing and determination of

7   the foregoing Order to Show Cause, and continuing thereafter, Plaintiff and its

8   counsel, agents, or representatives, shall have full and complete and continuing

9   access to all of Defendants' books and records, which shall include but not

10  necessarily be limited to, Defendants' accounts receivable and payable ledgers,

11  invoices, ledgers, computer runs, bank statements and canceled checks, relating to

12  Defendants' business and personal financial status from commencement of

13  Defendants' business activities forward for the purpose of verifying Defendants'

14  accountings required by this Order and for enforcement of this Order. Defendants

15  shall, upon 2 business days notice by Plaintiff's counsel, allow inspection and

16  copying of the books and records of said Defendants by Plaintiff or their

17  representatives at Defendants' place of business.

18       IT IS FURTHER ORDERED that pending the hearing and determination of

19  the foregoing Order to Show Cause, and continuing thereafter, Plaintiff shall be

20  entitled to depose, under oath, at reasonable times and places, upon at least 2

21  business days notice, Defendants and/or Defendants' other principals, owners,

22  directors, officers, shareholders, employees, agents and accountants concerning

23  any matter pertaining to any accounting due pursuant to this Order, any books or

24  records which Plaintiff is entitled to inspect under this Order, the trust assets or any

25  of Defendants' business assets, and/or Defendants' business practices, procedures

26  or operations from commencement of Defendants' business activities.

27       IT IS FURTHER ORDERED that Plaintiff is to serve copies of this Order

28  and all pleadings and other papers in support of the Order on or before

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1 _____. Defendants shall file an Opposition, if any, to the Order to Show

2 Cause on or before _____ p.m. on _____, 2008 and shall personally

3 serve Plaintiff's counsel with a copy of said opposition by the same deadline.

4 Plaintiff shall file and serve on Defendants a Reply to Defendants' Opposition on

5 or before _____.m. on _____, 2008.

6       IT IS FURTHER ORDERED that no bond shall be required to be posted by

7 Plaintiff before the Temporary Restraining Order is effective.

8

9 DATED:_____       _____

10                                  U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1  BART M. BOTTA, SBN 167051
2  MARION I. QUESENBERY, SBN 072308
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
4  Newport Beach, CA  92660
   Telephone:  (949) 752-2911
5  Facsimile:   (949) 752-0953

6
   Attorneys for Plaintiff
7  REY REY PRODUCE SFO, INC.

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  REY REY PRODUCE SFO, INC., a          CASE NO.
    California Corporation,
14                                        [PROPOSED] PRELIMINARY
15            Plaintiff,                   INJUNCTION

16       v.

17

18  MIS AMIGOS MEAT MARKET,
19  INC., a California Corporation; URIEL
    GONZALEZ, an individual;
20  ALEJANDRO COSTA, an individual,

21
22            Defendants.

23       This matter is before the Court upon Plaintiff's Motion for Preliminary

24  Injunction or alternatively Temporary Restraining Order with Notice pursuant to

25  Rule 65(b) of the Federal Rules of Civil Procedure.

26       Pursuant to Rule 65(b), a temporary restraining order may be granted if it

27  clearly appears from specific facts shown by affidavit or verified complaint that

28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

EXHIBIT 4

1   immediate and irreparable injury, loss or damage will result to Plaintiffs absent

2   injunctive relief.

3       In this case, it clearly appears from the declarations of the representatives of

4   REY REY PRODUCE SFO, INC. (hereinafter referred to as "Plaintiff"), and Bart

5   M. Botta that Plaintiff is a produce dealer and creditor of Defendants MIS

6   AMIGOS MEAT MARKET, INC. ("MAMM"), a corporation; URIEL

7   GONZALEZ ("UG"), an individual, and ALEJANDRO COSTA ("AC"), an

8   individual; (hereinafter referred to collectively as "Defendants").  Under Section

9   5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C.

10  §499e(c), and that Defendants have not paid the principal amount of $88,753.30

11  due to Plaintiff for produce purchased by Defendants as required by the PACA.

12  Plaintiff also established to the Court's satisfaction that Defendants are in severe

13  financial jeopardy and the PACA Trust is being threatened with dissipation.  Based

14  upon the affidavits and certification of Plaintiff and Plaintiff's counsel, it appears

15  that Defendants are not or may not be in a position to pay Plaintiff's claim.

16      The pleadings and supporting documents on file establish the Defendants

17  either dissipated the PACA Trust or have presented a sufficient threat of

18  dissipation of such trust to warrant the relief granted in this Order.  On the basis of

19  the pleadings, affidavits and other submissions Plaintiff filed in this matter, and

20  further based upon the findings of fact adopted by this Court, it appears the

21  Plaintiff will suffer immediate and irreparable injury due to Defendants'

22  dissipation of Plaintiff's beneficial interest in the statutory trust created pursuant to

23  7 U.S.C. §499e(c) and that such dissipation will continue in the absence of

24  injunctive relief.

25      Once dissipation has occurred, recovery of trust assets is all but impossible.

26  H.R. Rep.No.543, 98th Cong., 2d Sess.4 (1983), reprinted in 1984 U.S. Code &

27  Admin.News 405,411.  *Tanimura And Antle, Inc. v. Packed Fresh, Inc.*, 222 F.3d

28  132, 140-141 (3d Cir. 2000); *J.R. Brooks & Sons, Inc. v. Norman's   Country*

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1  *Market, Inc.*, 98 B.R. 47 (Brtcy. N.D.Fla. 1989).  Entry of this Order without

2  Notice assures retention of the trust assets under the control of the Court, which is

3  specifically vested with jurisdiction over the trust.  7 U.S.C. §499e(c)(4).

4  Upon review of Plaintiff's Complaint, on file in the above-titled action, and

5  Plaintiff's *ex parte* application for injunctive relief, and declarations, exhibits and

6  Memorandum of Points and Authorities in support of Plaintiff's Motion for a

7  Temporary Restraining Order and/or Preliminary Injunction submitted therewith,

8  and all documents on file with the Court, and it appearing to the satisfaction of the

9  Court that this is a proper case for granting a Preliminary Injunction,

10  IT IS HEREBY ORDERED that Defendants MIS AMIGOS MEAT

11  MARKET, INC., URIEL GONZALEZ, and ALEJANDRO COSTA, be and

12  hereby are preliminarily enjoined during the pendency of this action, pursuant to

13  Rule 65 of the Federal Rules of Civil Procedure, from engaging in, committing, or

14  performing directly and indirectly, any and all of the following facts:

15  A.    Removing, withdrawing, transferring, assigning or selling to any other

16  person or entity, the proceeds from the sales of any or all existing or future

17  inventories of food or other products derived from perishable agricultural

18  commodities and/or receipts of payment for such commodities or crops sold prior

19  to the date of this order and/or otherwise disposing of assets, books or funds;

20  B.    Taking any other action whatsoever which causes, has the effect of

21  causing, or which otherwise dissipates Plaintiff's beneficiary interests in the trust

22  assets;

23  C.    Taking any other action whatsoever which violates 7 U.S.C.

24  §499e(c)(1) through (4), inclusive, and 7 U.S.C. §499b(4) [§2 of Perishable

25  Agricultural Commodities Act ("PACA")].

26  IT IS FURTHER ORDERED that Defendants, their officers, directors,

27  bankers, agents, subsidiaries, successors, assignees, principals, assignors, attorneys

28  and persons acting in concert with them, shall within 24 hours after being served

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

with this Order distribute PACA Trust assets in the amount of at least $96,839.52 which includes $88,753.30, the cumulative amount of the PACA Trust principal owing to Plaintiffs plus $3,966.22 in finance charges through March 17, 2008, calculated at the agreed-upon rate of 1-1/2% per month plus $3,770.00as reasonable attorneys' fee as well as costs of $350.00.

IT IS FURTHER ORDERED that during the pendency of this action, Defendants, their agents, bankers, subsidiaries, successors, assignees, principals, attorneys, and persons acting in concert with them shall be and hereby are prevented from transferring, withdrawing or in any other manner removing Perishable Agricultural Commodities Act [7 U.S.C. §499e et seq.] trust assets, including funds on deposit in banking accounts held by or on behalf of Defendants, from Defendants' banking accounts, including but not limited to Defendants' account(s) located at Bank of the West, account number 183151240, or any other subsequently discovered banking account standing in one or more of Defendants' names.

IT IS FURTHER ORDERED that in the event Defendants lack sufficient funds to promptly deposit the sums described above, Defendants shall be and hereby are required and ordered to:

D. Immediately account to Plaintiff for all assets of the PACA trust from commencement of Defendants' business through the date of this Order.

E. Immediately assign Defendants' inventory of perishable agricultural commodities and produce related receivables to Plaintiff for collection until Plaintiff is fully paid, and deposit and/or deliver complete accounts, records, and information of all of said receivables to Plaintiff's counsel without charge to the trust, and subject to Plaintiff's counsel making a weekly accounting for all receivables received or collected by Plaintiff's counsel in that regard. Plaintiff's counsel shall act as trustee in connection with its duties of collection of the accounts receivable and shall deposit any cash assets of the trust which are

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

collected under this order in a trust account. In Plaintiff's sole discretion, to the extent necessary to prevent loss of Defendants' inventory of perishable agricultural commodities through decay, over-ripening, spoliation or improper storage or handling; Plaintiff may immediately take possession of any such inventory and sell such inventory through a PACA licensed broker. The proceeds of any such sales shall be held in trust by Plaintiffs' counsel pending further order of this court. Any broker retained by Plaintiff or Plaintiff's counsel to effectuate such sales may retain a brokerage commission in an amount reasonable and customary in the produce industry.

H.    Endorse any checks made, endorsed or paid, to Defendants which are trust assets and which are in their possession or obtainable by Defendants at the time of the entry of this Order, or which Defendants obtain or which become obtainable by Defendants after the entry of this Order, including but not limited to checks representing payment for sales of growing crops, and shall deliver said assets within 48 hours of Defendants' receipt of them to Plaintiff's counsel as set forth above. Likewise, Defendants shall deliver any cash assets of the PACA trust which are in its possession or are obtainable by Defendants at the time of the entry of this order, or which Defendants obtain or which become obtainable by Defendants after entry of this Order, within 48 hours of Defendants' receipt of them to Plaintiff's counsel.

I.    On or before _____, 2008 file with this Court satisfactory evidence of compliance with the terms of this Order.

IT IS FURTHER ORDERED that during the pendency of this action, and continuing thereafter, Plaintiff and their counsel, agents, or representatives, shall have full and complete and continuing access to all of Defendants' books and records, which shall include but not necessarily be limited to, Defendants' accounts receivable and payable ledgers, invoices, ledgers, computer runs, bank statements and canceled checks, relating to Defendants' business and personal financial status

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

from commencement of Defendants' business activities forward for the purpose of verifying Defendants' accountings required by this Order and for enforcement of this Order. Defendants shall, upon 2 business days notice by Plaintiff's counsel, allow inspection and copying of the books and records of said Defendants by Plaintiff or their representatives at Defendants' place of business.

IT IS FURTHER ORDERED that during the pendency of this action, Plaintiff shall be entitled to depose, under oath, at reasonable times and places, upon at least 2 business days notice, Defendants and/or Defendants' other principals, owners, directors, officers, shareholders, employees, agents and accountants concerning any matter pertaining to any accounting due pursuant to this Order, any books which Plaintiff is entitled to inspect under this Order, the trust assets or any of Defendants' assets, and/or Defendants' business practices, procedures or operations from commencement of Defendants' business activities.

IT IS FURTHER ORDERED that no bond shall be required to be posted by Plaintiffs before the Preliminary Injunction is effective.

DATED:_____          _____

U.S. DISTRICT COURT JUDGE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953



1   BART M. BOTTA, SBN 167051
2   MARION I. QUESENBERY, SBN 072308
    RYNN & JANOWSKY, LLP
3   4100 Newport Place Drive, Suite 700
    Newport Beach, CA  92660
4   Telephone:  (949) 752-2911
5   Facsimile:   (949) 752-0953

6
    Attorneys for Plaintiff
7   REY REY PRODUCE SFO, INC.

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  REY REY PRODUCE SFO, INC., a         CASE NO. 08                1518
    California Corporation,
14
                                         PLAINTIFF'S EX PARTE
15              Plaintiff,                APPLICATION FOR
                                         TEMPORARY RESTRAINING
16        v.                             ORDER OR, ALTERNATIVELY,
                                         FOR PRELIMINARY
17                                       INJUNCTION; DECLARATION
                                         OF BART M. BOTTA IN
18  MIS AMIGOS MEAT MARKET,              SUPPORT THEREOF
    INC., a California Corporation; URIEL
19  GONZALEZ, an individual;
    ALEJANDRO COSTA, an individual,
20
21
                Defendants.
22

23

24        Plaintiff, REY REY PRODUCE SFO, INC., ("RRSFO"), (hereinafter

25  referred to as "Plaintiff"), by the undersigned attorney, applies for a Temporary

26  Restraining Order, pursuant to Rule 65(b) of the Federal Rules of Procedure

27  ("FRCP"), restraining Defendants MIS AMIGOS MEAT MARKET, INC.

28  ("MAMM"), a California corporation; URIEL GONZALEZ ("UG"), an individual;

08-124/ ExParteTRO.doc                  1

1  and ALEJANDRO COSTA ("AC"), an individual; (hereinafter referred to

2  collectively as "Defendants"), their agents, subsidiaries, successors, bankers,

3  assignees, principals, assignors, employees, attorneys and persons acting in concert

4  with them, from engaging in, committing, or performing, directly or indirectly, any

5  or all of the following acts, pending a hearing and determination of Plaintiff's

6  motion for a preliminary injunction:

7       A.    Removing, withdrawing, transferring, assigning or selling to any other

8  person or entity, the proceeds from the sales of any or all existing or future

9  inventories of food, including but not limited to inventory on hand, perishable

10 agricultural commodities and/or other products derived from perishable

11 agricultural commodities, and or receipts of payments for produce sold prior to the

12 date of this order, and/or otherwise disposing of corporate assets, books or funds;

13      B.    Taking any other action whatsoever which causes, has the effect of

14 causing, or which otherwise dissipates Plaintiff's beneficiary interests in the PACA

15 trust assets;

16      C.    Taking any other action whatsoever which violates 7 U.S.C.

17 §499e(c)(1) through (4) and 7 U.S.C. §499b(4) [§2 of the Perishable Agricultural

18 Commodities Act ("PACA")];

19      D.    Transferring, withdrawing, or in any other manner removing PACA

20 trust assets, including such assets on deposit in banking accounts held by or on

21 behalf of Defendants at any and all banking institutions, from Defendants' banking

22 accounts, including but not limited to any and all Defendants accounts held with

23 Bank of the West, account number 183151240, or in any other bank account

24 subsequently determined to be standing in the names of Defendants, or any one of

25 them.

26      Plaintiff also applies for a Temporary Restraining Order which requires

27 Defendants, their agents, subsidiaries, successors, assignees, principals, assignors,

28 attorneys and persons acting in concert with them, to:

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1    E.    Deposit in court or in a separate trust account to be opened by

2    Plaintiff's attorneys, the trust assets, in an amount of at least $96,839.52, which

3    includes the principal of $88,753.30, plus $3,966.22 in finance charges through

4    March 17, 2008, calculated at the agreed-upon rate of 1-1/2% per month, plus

5    $3,770.00 as reasonable attorneys' fee as well as costs of $350.00, all of which is

6    perfected under the PACA trust provisions pursuant to 7 U.S.C. 499e.  In the event

7    that Defendants lack sufficient funds to promptly deposit the total sum requested,

8    Defendants shall transfer any and all monies in its bank accounts or on hand with

9    the registry of the Court or into a trust account in the name of Plaintiff's attorney.

10   Any or all receivables or monies which Defendants obtain subsequent to the date

11   on which the Temporary Restraining Order issues, shall be applied to satisfy the

12   $96,839.52 deposit required above.

13       This application is made on the ground that Defendants have violated the

14   statutory trust provisions under the PACA [7 U.S.C. §499e(c)(1) through (4)] by

15   failing to preserve Plaintiff's trust assets, and on the further ground that irreparable

16   injury will result to Plaintiff if Defendants are permitted to continue dissipating

17   assets before the matter can be heard on notice.  This Application is based on the

18   Complaint on file herein, the declarations of Manuel Reynoso and Bart M. Botta,

19   and all exhibits in support thereof, the Memorandum of Points and Authorities

20   filed herewith and all other and further documentary and oral evidence as may be

21   presented at the time of the hearing of this matter, if any is necessary.

22

23                                              RYNN & JANOWSKY, LLP

24

25

26   DATED:  March 18, 2008              By:

27                                              BART M. BOTTA, attorneys
                                                for Plaintiff
28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

## DECLARATION OF BART M. BOTTA

I, BART M. BOTTA, declare as follows:

1.      I am a partner in the law firm of Rynn & Janowsky, counsel of record for the Plaintiffs and moving party herein, REY REY PRODUCE SFO, INC. ("RRSFO"), (hereinafter referred to as "Plaintiff"), and I make this declaration in support of Plaintiff's Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

2.      I have personal knowledge of all facts contained in this declaration and if called as a witness, I could and would competently testify to all of the following. As to those matters set forth herein on information and belief, I believe them to be true.

3.      I have reviewed the invoices of RRSFO that are the subject of this lawsuit and believe that Plaintiff has complied with all statutory requirements necessary to preserve its trust rights under the Perishable Agricultural Commodities Act [7 U.S.C. §499e et seq. ("PACA")] for the outstanding invoices in the principal amount of $88,753.30 due to RRSFO.  True and correct copies of RRSFO's account receivable ledger and invoices are attached as Exhibit 2 and Group Exhibit 3 and Group Exhibit 4, respectively to the Declaration of Manuel Reynoso, filed simultaneously herewith.

4.      During the course of Plaintiff's business relationship with Defendants, Defendants regularly purchased in excess of $420,000.00 worth of perishable agricultural commodities annually from Plaintiff alone.  Appended hereto as **Exhibit 1** and Exhibit 2 to the Declaration of Manuel Reynoso filed simultaneously herewith are true and correct copies of Plaintiff's accounts receivable history reports verifying that between February 2006 and December 2007, Defendants purchased at least $909,028.61 worth of produce.  Thus, Defendants meet the requirements of 7 U.S.C. §499a(b)(6) for the definition of a "dealer" (defined as purchasing $230,000 worth of produce in any calendar year).

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1  Defendants also purchased over 2,000 pounds of produce in any given day which
2  meets the definition of "wholesale or jobbing" quantities, under 7 C.F.R. §46.2(m),
3  and thus Defendants were required to be licensed under the PACA, and were
4  operating "subject to licensure" under the PACA and all of the rules and
5  regulations promulgated under the PACA.

6      5.    For the reasons explained in the Memorandum of Points and
7  Authorities filed in support of this ex parte application, and in the Declaration of
8  Manuel Reynoso, filed simultaneously herewith, I believe that Plaintiff has taken
9  all steps necessary to perfect Plaintiff's PACA trust rights for the full principal
10 balance remaining of $88,753.30 due to RRSFO plus attorney's fees and finance
11 charges as discussed.

12     6.    I have reviewed Plaintiff's invoices issued to Defendant MAMA in
13 connection with the subject sales. Those invoices contain a provision by which
14 Plaintiff and Defendants agreed that in the event legal action is commenced to
15 collect the sums due under the invoices, that Plaintiff will be entitled to recover its
16 attorney's fees and court costs incurred in such an action, plus finance charges at
17 the rate of 1.5% per month. True and correct copies of such invoices are attached
18 as Group Exhibit 3 and Group Exhibit 4, to the Declaration of Manuel Reynoso
19 filed simultaneously herewith.

20     7.    This law firm was retained by Plaintiff on or about January 18, 2008,
21 to represent it in this matter. To date, I have expended 11.6 hours on this matter
22 at a billable rate of $325.00 per hour for a total of $3,770.00. Filing fees of
23 $350.00 have also been incurred. Accordingly, for reasons that are thoroughly
24 established in the Complaint and Memorandum of Points and Authorities filed
25 concurrently herewith, I am requesting that Plaintiff be allowed to recover its
26 attorney's fees and costs in the amount of $4,120.00.

27     8.    Additionally, finance charges have accrued on the past due balance at
28 the agreed-upon rate of 1-1/2% per month (18% annually) from the date each

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1  obligation became due for Plaintiffs. I have calculated the finance charges on the
2  cumulative finance charges due to be $3,966.22 for Plaintiff through March 17,
3  2008. Attached hereto and incorporated herein by this reference as **Exhibit 2** is
4  an amortization schedule establishing the amount of accrued finance charges.

5      9.    The Ninth Circuit has recently recognized that when a produce seller
6  includes written provisions on invoices providing for recovery of attorney's fees
7  and finance charges incurred in connection with the produce sale, those charges
8  are to be included within the total PACA trust claim. See, *Middle Mountain Land*
9  *& Produce, Inc. v. Sound Commodities, Inc., 307 F.3d 1220 (9th Cir. 2002)*. Thus,
10 Plaintiff's attorney's fees and finance charges should be included as part of
11 Plaintiff's PACA trust claim.

12     10.    Attached hereto as **Exhibit 3** is Plaintiff's Proposed Temporary
13 Restraining Order and Order to Show Cause Re Preliminary Injunction and
14 Proposed Preliminary Injunction. Attached hereto as **Exhibit 4** is Plaintiff's
15 Proposed Preliminary Injunction.

16     I declare under penalty of perjury under the laws of the United States of
17 America and the State of California that the foregoing is true and correct.

18     Executed this 18th day of March, 2008, at Newport Beach, California.

19
20
21     BART M. BOTTA
22
23
24
25
26
27
28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

10:58 AM
02/27/08
Accrual Basis

# REY REY PRODUCE SFO, INC.
## Sales by Customer Summary
### January 1, 2006 through February 27, 2008

### Mis Amigos Meat Market

| | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | 60,156.30 | 59,631.45 | 61,960.45 | 64,429.00 | 50,004.25 | 57,487.00 | 42,799.55 | 27,199.70 | 30,396.15 | 15,423.15 | 11,098.00 | 480,585.00 |
| TOTAL | | 60,156.30 | 59,631.45 | 61,960.45 | 64,429.00 | 50,004.25 | 57,487.00 | 42,799.55 | 27,199.70 | 30,396.15 | 15,423.15 | 11,098.00 | 480,585.00 |

### Mis Amigos Meat Market

| | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 23,030.25 | 37,685.50 | 61,945.60 | 50,488.85 | 55,851.15 | 45,858.90 | 31,512.30 | 21,917.20 | 16,547.30 | 27,288.40 | 25,815.58 | 30,502.58 | 428,443.61 |
| TOTAL | 23,030.25 | 37,685.50 | 61,945.60 | 50,488.85 | 55,851.15 | 45,858.90 | 31,512.30 | 21,917.20 | 16,547.30 | 27,288.40 | 25,815.58 | 30,502.58 | 428,443.61 |

EXHIBIT 1

11:25 AM
02/27/08
Accrual Basis

# Rey Rey Produce SFO, Inc
## Cash and Colleccion A/R

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Payment | 03/08/2006 | 8196 | Mis Amigos Meat Market | Check | 13,689.00 |
| Payment | 03/20/2006 | 8347 | Mis Amigos Meat Market | Check | 25,534.55 |
| Payment | 04/04/2006 | 8460 | Mis Amigos Meat Market | Check | 22,709.25 |
| Payment | 04/24/2006 | 8600 | Mis Amigos Meat Market | Check | 22,837.90 |
| Payment | 05/15/2006 | 8850 | Mis Amigos Meat Market | Check | 49,998.00 |
| Payment | 06/01/2006 | 8994 | Mis Amigos Meat Market | Check | 46,034.50 |
| Payment | 06/19/2006 | 9128 | Mis Amigos Meat Market | Check | 45,604.00 |
| Payment | 07/03/2006 | 9266 | Mis Amigos Meat Market | Check | 26,183.00 |
| Payment | 07/17/2006 | 9409 | Mis Amigos Meat Market | Check | 20,893.50 |
| Payment | 07/31/2006 | 9546 | Mis Amigos Meat Market | Check | 22,472.75 |
| Payment | 08/14/2006 | 1309 | Mis Amigos Meat Market | Check | 20,589.25 |
| Payment | 08/31/2006 | 1369 | Mis Amigos Meat Market | Check | 26,156.50 |
| Payment | 09/18/2006 | 1474 | Mis Amigos Meat Market | Check | 19,082.00 |
| Payment | 10/02/2006 | 1612 | Mis Amigos Meat Market | Check | 18,864.50 |
| Payment | 10/23/2006 | 1863 | Mis Amigos Meat Market | Check | 21,402.55 |
| Payment | 11/17/2006 | 1977 | Mis Amigos Meat Market | Check | 20,601.70 |
| Payment | 12/01/2006 | 2186 | Mis Amigos Meat Market | Check | 15,293.90 |
| Payment | 12/02/2006 | 2250 | Mis Amigos Meat Market | Check | 11,409.75 |
| Payment | 01/03/2007 | 2554 | Mis Amigos Meat Market | Check | 15,156.50 |
| Payment | 01/29/2007 | 2806 | Mis Amigos Meat Market | Check | 15,485.90 |
| Payment | 02/26/2007 | 2988 | Mis Amigos Meat Market | Check | 22,727.75 |
| Payment | 03/15/2007 | 3090 | Mis Amigos Meat Market | Check | 24,943.25 |
| Payment | 04/05/2007 | 3235 | Mis Amigos Meat Market | Check | 13,208.75 |
| Payment | 04/06/2007 | 3388 | Mis Amigos Meat Market | Check | 4,538.25 |
| Payment | 04/23/2007 | 3509 | Mis Amigos Meat Market | Check | 17,309.00 |
| Payment | 05/10/2007 | 3627 | Mis Amigos Meat Market | Check | 31,538.10 |
| Payment | 05/23/2007 | 3773 | Mis Amigos Meat Market | Check | 22,487.85 |
| Payment | 06/07/2007 | 3892 | Mis Amigos Meat Market | Check | 27,279.65 |
| Payment | 06/25/2007 | 4025 | Mis Amigos Meat Market | Check | 21,829.00 |
| Discount | 07/16/2007 |  | Mis Amigos Meat Market | Check | 16.00 |
| Payment | 07/23/2007 | 4136 | Mis Amigos Meat Market | Check | 38,310.45 |
| Payment | 08/02/2007 | 4279 | Mis Amigos Meat Market | Check | 12,880.25 |
| Payment | 08/13/2007 | 4411 | Mis Amigos Meat Market | Check | 30,840.45 |
| Payment | 08/29/2007 | 4530 | Mis Amigos Meat Market | Check | 16,838.35 |
| Payment | 09/04/2007 | 4683 | Mis Amigos Meat Market | Check | 13,260.95 |
| Payment | 10/01/2007 | 4811 | Mis Amigos Meat Market | Check | 13,522.50 |
| Payment | 10/22/2007 | 4990 | Mis Amigos Meat Market | Check | 2,982.00 |
| Payment | 10/22/2007 | 5156 | Mis Amigos Meat Market | Check | 12,953.00 |
| Payment | 11/19/2007 | 5427 | Mis Amigos Meat Market | Check | 11,957.50 |
| Payment | 12/10/2007 | 5806 | Mis Amigos Meat Market | Check | 18,104.90 |
| Payment | 12/18/2007 | 6037 | Mis Amigos Meat Market | Replaced Ch 5806 NSF | 18,139.90 |
| Payment | 01/02/2008 | 6037 | Mis Amigos Meat Market | Re-Deposit Ch 6037 NSF | 18,139.90 |

**Total  873,806.75**

10:30 AM
01/17/08
Accrual Basis

# REY REY PRODUCE SFO, INC.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Balance |
|------|------|-----|------|----------|--------------|---------|
| **MIS AMIGOS MEAT MARKET, INC.** | | | | | | |
| Invoice | 04/17/2007 | 65779 | | 05/17/2007 | 36.00 | 36.00 |
| Invoice | 05/01/2007 | 66316 | | 05/31/2007 | 18.00 | 54.00 |
| Invoice | 05/08/2007 | 66479 | | 06/07/2007 | 256.00 | 310.00 |
| Invoice | 05/18/2007 | 66826 | | 06/17/2007 | 84.00 | 394.00 |
| Invoice | 05/18/2007 | 66828 | | 06/17/2007 | 2,586.00 | 2,980.00 |
| Invoice | 05/22/2007 | 66841 | | 06/21/2007 | 24.00 | 3,004.00 |
| Invoice | 05/22/2007 | 66843 | | 06/21/2007 | 20.00 | 3,024.00 |
| Invoice | 05/25/2007 | 67113 | | 06/24/2007 | 39.00 | 3,063.00 |
| Invoice | 05/30/2007 | 67133 | | 06/29/2007 | 52.00 | 3,115.00 |
| Invoice | 05/30/2007 | 67134 | | 06/29/2007 | 34.50 | 3,149.50 |
| Invoice | 05/31/2007 | 67323 | | 06/30/2007 | 597.00 | 3,746.50 |
| Invoice | 06/01/2007 | 67333 | | 07/01/2007 | 1,456.00 | 5,202.50 |
| Invoice | 06/08/2007 | 68087 | | 07/08/2007 | 93.00 | 5,295.50 |
| Invoice | 07/07/2007 | 68664 | | 08/06/2007 | 434.00 | 5,729.50 |
| Invoice | 10/03/2007 | 72122 | | 11/02/2007 | 469.00 | 6,198.50 |
| Invoice | 10/23/2007 | 72623 | | 11/22/2007 | 550.50 | 6,749.00 |
| Invoice | 10/23/2007 | 72624 | | 11/22/2007 | 924.00 | 7,673.00 |
| Invoice | 10/23/2007 | 72625 | | 11/22/2007 | 1,048.50 | 8,721.50 |
| Invoice | 10/26/2007 | 72721 | | 11/25/2007 | 740.50 | 9,462.00 |
| Invoice | 10/26/2007 | 72722 | | 11/25/2007 | 779.00 | 10,241.00 |
| Invoice | 10/26/2007 | 72723 | | 11/25/2007 | 324.00 | 10,565.00 |
| Invoice | 10/30/2007 | 72829 | | 11/29/2007 | 1,145.50 | 11,710.50 |
| Invoice | 10/30/2007 | 72830 | | 11/29/2007 | 3,512.50 | 15,223.00 |
| Invoice | 11/02/2007 | 72904 | | 12/02/2007 | 586.50 | 15,809.50 |
| Invoice | 11/02/2007 | 72906 | | 12/02/2007 | 435.50 | 16,245.00 |
| Invoice | 11/02/2007 | 72905 | | 11/02/2007 | 3,632.10 | 19,877.10 |
| Invoice | 11/03/2007 | 72971 | | 11/03/2007 | 604.50 | 20,481.60 |
| Invoice | 11/06/2007 | 73012 | | 12/06/2007 | 672.50 | 21,154.10 |
| Invoice | 11/06/2007 | 73013 | | 11/06/2007 | 2,767.60 | 23,921.70 |
| Invoice | 11/06/2007 | 73014 | | 12/06/2007 | 209.00 | 24,130.70 |
| Invoice | 11/09/2007 | 73116 | | 11/09/2007 | 2,743.50 | 26,874.20 |
| Credit Memo | 11/09/2007 | 4265 | 73116 | 11/09/2007 | -12.00 | 26,862.20 |
| Invoice | 11/10/2007 | 73170 | | 12/10/2007 | 960.00 | 27,822.20 |
| Invoice | 11/10/2007 | 73171 | | 11/10/2007 | 288.50 | 28,110.70 |
| Invoice | 11/13/2007 | 73185 | | 11/13/2007 | 2,643.00 | 30,753.70 |
| Invoice | 11/16/2007 | 73266 | | 12/16/2007 | 457.00 | 31,210.70 |
| Invoice | 11/16/2007 | 73267 | | 12/16/2007 | 311.00 | 31,521.70 |
| Invoice | 11/17/2007 | 73324 | | 12/17/2007 | 349.00 | 31,870.70 |
| Invoice | 11/21/2007 | 73408 | | 12/21/2007 | 826.00 | 32,696.70 |
| Credit Memo | 11/21/2007 | 4267 | 73408 | 12/21/2007 | -155.00 | 32,541.70 |
| Invoice | 11/24/2007 | 73461 | | 12/24/2007 | 2,756.00 | 35,297.70 |
| Invoice | 11/24/2007 | 73462 | | 12/24/2007 | 1,068.50 | 36,366.20 |
| Credit Memo | 11/24/2007 | 4268 | 73461 | 12/24/2007 | -414.00 | 35,952.20 |
| Credit Memo | 11/24/2007 | 4269 | 73462 | 12/24/2007 | -191.00 | 35,761.20 |
| Invoice | 11/27/2007 | 73512 | | 12/27/2007 | 2,014.50 | 37,775.70 |
| Credit Memo | 11/27/2007 | 4270 | 73512 | 12/27/2007 | -38.00 | 37,737.70 |
| Invoice | 11/30/2007 | 73605 | | 12/30/2007 | 3,320.00 | 41,057.70 |
| Invoice | 11/30/2007 | FC 20 | Finance Charge | 11/30/2007 | 201.88 | 41,259.58 |
| Credit Memo | 11/30/2007 | 4272 | 73605 | 12/30/2007 | -324.00 | 40,935.58 |
| Invoice | 12/01/2007 | 73647 | | 12/31/2007 | 360.00 | 41,295.58 |
| Invoice | 12/04/2007 | 73681 | | 01/03/2008 | 838.50 | 42,134.08 |

10:30 AM
01/17/08
Accrual Basis

# REY REY PRODUCE SFO, INC.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Amount | Balance |
|------|------|-----|------|----------|--------|---------|
| Invoice | 12/07/2007 | 73775 | | 01/06/2008 | 3,118.50 | 45,252.58 |
| Invoice | 12/07/2007 | 73776 | | 01/06/2008 | 951.00 | 46,203.58 |
| Invoice | 12/11/2007 | 73853 | | 01/10/2008 | 913.50 | 47,117.08 |
| Invoice | 12/14/2007 | 73958 | | 01/13/2008 | 3,682.00 | 50,799.08 |
| Invoice | 12/14/2007 | 73959 | | 12/14/2007 | 574.60 | 51,373.68 |
| Invoice | 12/18/2007 | 74069 | | 01/17/2008 | 1,526.50 | 52,900.18 |
| Invoice | 12/21/2007 | 74109 | | 01/20/2008 | 5,484.00 | 58,384.18 |
| Invoice | 12/21/2007 | 6037 | NSF FEE CH #6037 | 01/20/2008 | 35.00 | 58,419.18 |
| Credit Memo | 12/21/2007 | 4280 | 74109 | 01/20/2008 | -36.50 | 58,382.68 |
| Invoice | 12/27/2007 | 74232 | | 01/26/2008 | 5,977.00 | 64,359.68 |
| Credit Memo | 12/27/2007 | 4282 | 74232 | 01/26/2008 | -19.00 | 64,340.68 |
| Invoice | 12/28/2007 | 74263 | | 12/28/2007 | 2,402.60 | 66,743.28 |
| Credit Memo | 12/28/2007 | 4283 | 74263 | 12/28/2007 | -133.50 | 66,609.78 |
| Invoice | 12/31/2007 | 74334 | | 12/31/2007 | 4,388.00 | 70,997.78 |
| Invoice | 12/31/2007 | FC 26 | Finance Charge | 12/31/2007 | 629.88 | 71,627.66 |
| Credit Memo | 12/31/2007 | 4285 | 74334 | 12/31/2007 | -182.50 | 71,445.16 |
| General Journal | 01/08/2008 | NSF 6037 | NSF CH #6037 | | 18,139.90 | 89,585.06 |
| General Journal | 01/08/2008 | NSF 6037 | NSF FEE CH #6037 | | 35.00 | 89,620.06 |

| | | |
|---|---|---|
| **Total** | **89,620.06** | **89,620.06** |

**MIS AMIGOS MEAT MARKET, INC**
3005 WILLOW PASS RD.
BAY POINT, CA 94565

925-260-3897 Uriel's Cell.
925-458-8040 Alejandro Costa, Accounting
925-458-9229 Fax

**MIS AMIGOS MEAT MARKET**       408-347-1250 Phone
400 KING SOUTH RD.                       408-347-0771 Fax
SAN JOSE, CA 95116

**MIS AMIGOS MEAT MARKET**       530-668-1259 Phone
120 MAIN STREET                            530-668-8969 Fax
WOODLAND, CA 95695