dissipating the trust assets. Doc #6. As noted above, dissipation of trust assets constitutes irreparable injury. Moreover, counsel described the steps he took to give notice, and counsel claims he actually spoke to defendant Gonzalez before filing for a temporary restraining order. For the purposes of this order, the court determines that plaintiff has satisfied FRCP 65(b).

Plaintiff, therefore, is entitled to temporary injunctive relief.

For the foregoing reasons, the court hereby ORDERS that:

1. Defendant MAMM, its officers, agents, servants, employees, attorneys and all persons in active concert or participation with them who receive actual notice of this order are enjoined and restrained from dissipating, paying, transferring, assigning or selling any and all assets covered by or subject to the trust provision of PACA, 7 USC § 499e(c)(2), without agreement of the parties, order of this court or until the expiration of this order. Provided, however, that MAMM may sell or transfer perishable agricultural commodities for fair compensation, without right of setoff, on the condition that MAMM maintain the proceeds of such sale in a segregated account subject to this order;

2. The $88,753.30 in PACA trust assets belonging to plaintiff and in the possession of defendants will serve as plaintiff's security for this injunction as required by FRCP 65(c).

Defendants are further ORDERED to show cause why they should not be preliminarily enjoined from distributing PACA trust

5

1  **funds as set out in this Temporary Restraining Order.  Defendants**
2  **shall file a written response, if any, to this Order to Show Cause**
3  **and Plaintiff's motion for preliminary injunction on or before**
4  **March 31, 2008.  The hearing on plaintiff's application for a**
5  **preliminary injunction is hereby set for April 3, 2008, at 4:00 pm.**

7  **This temporary restraining order is entered this 25th day**
8  **of March, 2008, at 4:00 pm.  Plaintiff shall forthwith serve MAMM,**
9  **its resident agent or counsel with a copy of this order.**

12 **IT IS SO ORDERED.**

**VAUGHN R WALKER**
**United States District Chief Judge**