| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>BART M. BOTTA<br>RYNN & JANOWSKY, LLP, LAW OFFICES<br>4100 NEWPORT PLACE DR.<br>SUITE 700<br>NEWPORT BEACH, CA 92660-2423 | Telephone No.:<br>(949) 752-2911   1<br><br>Bar #167051 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District California

*Plaintiff:* REY REY PRODUCE SFO, INC., et al.
*Defendant:* MIS AMIGOS MEAT MARKET, et al.

| PROOF OF SERVICE<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C08-1518 VRW |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons And Complaint; Letter Dated 3/26/2008, Order, Order Setting Initial Case Management Conference And Adr Deadlines, Civil Case Cover Sheet, Certification Of Interested Persons Or Entities, Plaintiff's Ex Parte Application For Temporary Restraining Order Or, Alternatively For Preliminary Injunction; Declaration Of Bart M. Botta In Support Thereof, Declaration Of Bart M. Botta Re Notice In Support Of Ex Parte Application For Temporary Restraining Order Or, Alternatively, For Preliminary Injunction; Exhibit In Support Thereof, Declaration Of Manuel Reynoso In Support Of Plaintiff's Ex Parte Application For Temporary Restraining Order Or Alternatively, Preliminary Injunction Exhibits In Support Thereof, Memorandum Of Points And Authorities In Support Of Plaintiff' Ex Parte Application For Temporary Restraining Order Or, Alternativrly For Prliminary Injunction In Support Thereof. Usdc Northern District Of California Ecf Registration Information Handout Welcome To The Usdc Northern District Of California Handout

3. a. *Party Served:* MIS AMIGOS MEAT MARKET, INC. (Defendant)
   b. *Person Served:* URIEL GONZALEZ, PRESIDENT

4. *Address where the party was served:* 3005 WILLOW PASS ROAD.
   BAY POINT, CA

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu, Mar. 27, 2008 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   c. on behalf of: MIS AMIGOS MEAT MARKET, INC.
         Under CCP 416.10 (corporation)

7. *Person who served the papers:*
   a. DAMON PULIDO
   **b. D & T SERVICES, LTD.**
      2146 N. Main Street, Suite A
      P.O. Box 5383
      Walnut Creek, CA 94596
   c. (925) 947-1221

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was: $75.00
   e. I am: (3) Registered California process server.
      (i) *Employee*
      (ii) *Registration No.:* 672
      (iii) *County:* CONTRA COSTA
      (iv) *Expiration: Mar. 29, 2009*

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: Mar. 27, 2008
*Judicial Council Form POS-010*
*Rule 982.9.(a)&(b) Rev Jan. 01,2007*

PROOF OF SERVICE     *(DAMON PULIDO)*     RYNN.118539