BART M. BOTTA, SBN 167051
MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

Attorneys for Plaintiff
REY REY PRODUCE SFO, INC.

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REY REY PRODUCE SFO, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br>MIS AMIGOS MEAT MARKET, INC., a California Corporation; URIEL GONZALEZ, an individual; ALEJANDRO COSTA, an individual,<br><br>　　　　　Defendants. | CASE NO. 08-cv-01518-VRW |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2008, I electronically filed the foregoing document(s) described as: 1) **PLAINTIFF'S REQUEST TO CONTINUE TRO**

1

**AND HEARING ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** with the Clerk of the court using the CM/ECF system. I also certify that the foregoing documents is being served this day on all counsel of record identified below in the manner specified, either via transmission of the Notices of Electronic Filing generated by CM/ECT or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Bart M. Botta
Bart M. Botta

**SERVICE LIST**

**Notice has been delivered by First Class U. S. Mail to:**

Mr. Uriel Gonzalez
Mr. Alejandro Costa
Mis Amigos Meat Market, Inc.
3005 Willow Pass Road
Bay Point, CA 94565

2