BART M. BOTTA, SBN 167051
MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Telephone:  (949) 752-2911
Facsimile:  (949) 752-0953

Attorneys for Plaintiff
REY REY PRODUCE SFO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REY REY PRODUCE SFO, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIS AMIGOS MEAT MARKET, INC., a California Corporation; URIEL GONZALEZ, an individual; ALEJANDRO COSTA, an individual,<br><br>Defendants. | CASE NO. 08-cv-01518-VRW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE TRO AND HEARING ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |

**O R D E R**

Having read and considered the foregoing request to continue the hearing on the Order to Show Cause for a Preliminary Injunction ("OSC") currently scheduled

1  for 4:00 p.m. on April 3, 2008 and good cause appearing therefore,

2      IT IS HEREBY ORDERED that the hearing currently scheduled for 4:00

3  p.m., Thursday, April 3, 2008 shall be continued to April __24__, 2008 at __2:30__

4  p.m. Plaintiff's counsel shall serve and file a revised notice of hearing.

5      IT IS SO ORDERED

6  DATED: April 3, 2008 _____



VAUGHN R WALKER
U S DISTRICT CHIEF JUDGE

08-130/[PROPOSED] ORDER    2