UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**   April   24,   2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   Jim Yeomans

**CASE NO.**  C 08-1518  VRW

**TITLE:** REY REY PRODUCE SFO INC v MIS AMIGOS MEAT MARKET, URIEL GONZALEZ and ALEJANDRO COSTA

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Marion Quesenberry                  None appeared

**PROCEEDINGS:**   1. Pla's Application for a Preliminary Injunction
                   2. Preliminary Injunction

**RESULTS:**       The Court granted the application and issued its order.

                   The preliminary injunction shall be effective immediately upon plaintiff's posting of a bond with the clerk of this court in the amount of $1,000.00.