BART M. BOTTA, SBN 167051
MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

Attorneys for Plaintiff
REY REY PRODUCE SFO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REY REY PRODUCE SFO, INC., a California Corporation,<br><br>                    Plaintiff,<br>     v.<br><br>MIS AMIGOS MEAT MARKET, INC., a California Corporation; URIEL GONZALEZ, an individual; ALEJANDRO COSTA, an individual,<br><br>                    Defendants. | CASE NO. 08-cv-01518-VRW<br><br>**NOTICE OF POSTING OF CASH BOND**<br><br>[Local Rule 65.1-1] |

/ / /
/ / /
/ / /

1  Pursuant to this Court's April 24, 2008, Order granting Plaintiff, REY REY PRODUCE SFO, INC.'s Application for Preliminary Injunction, Plaintiff has posted a cash bond in the amount of $1,000.00.

Respectfully submitted,
RYNN & JANOWSKY, LLP

DATED: April 30, 2008

/s/  Bart M. Botta
BART M. BOTTA
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 752-2911
Fax: (949) 752-0953
bart@rjlaw.com

Attorneys for Plaintiff